ALAN ADELMAN, ESQ., BAR NO.: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile: (530) 751-2384

Attorneys for Plaintiff

DENNIS B. COOK, ESQ. (SBN 093432)
LISA V. RYAN, ESQ. (SBN 217802))
555 Capitol Mall, Suite 425
Sacramento, Cal
California 95814
Telephone: (916) 442-3100
Facsimile: (916) 442-4227

Attorneys for Defendant
MEEK'S LUMBER AND HARDWARE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WEBB, | CASE NO.: 2:08-CV-02867-MCE-DAD |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND ORDER THEREON** |
| C.C.M. CORPORATION DBA MEEKS, | |
| Defendants. | Complaint filed on November 25, 2008 |

## STIPULATION FOR DISMISSAL

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own costs and fees incurred in connection with this litigation. This dismissal is the result of the complete settlement of the action.

**SO STIPULATED.**

DATED: March 5, 2009          By: /s/ Elizabeth S. Mancl as authorized on March 5, 2009
                                                       ELIZABETH S. MANCL
                                                       Attorney for Plaintiff

DATED: March 5, 2009          COOK BROWN, LLP

                                         By: /s/ Lisa V. Ryan
                                                       LISA V. RYAN
                                                       Attorneys for Defendant

## ORDER ON STIPULATION FOR DISMISSAL

The parties having so stipulated, this matter is hereby ordered DISMISSED WITH PREJUDICE.

Dated: March 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE